**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

RANDY HELTON,                              :
                                          :
     Plaintiff,                          :
                                          :
v.                                        :      CASE NO.: 1:11-CV-134 (WLS)
                                          :
JOSEPH BADEN, *et al.*,                    :
                                          :
     Defendants.                         :
_____:

**ORDER**

     Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed January 9, 2013.  (Doc. 43.)  It is recommended that Defendants' Motion for Summary Judgment (Doc. 28) be granted and Plaintiff's Motion for Injunctive Relief (Doc. 23) be denied.  (Doc. 43 at 8, 9.)  The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein.  (*Id.* at 9.)  The period for objections expired on Monday, January 28, 2013; no objections have been filed to date. (*See* Docket.)

     Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 43) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  Accordingly, Defendants' Motion for Summary Judgment (Doc. 28) is **GRANTED** and Plaintiff's Motion for Injunctive Relief (Doc. 23) is **DENIED**.

     **SO ORDERED**, this  _31st_  day of January, 2013.

                     /s/ W. Louis Sands
                     **THE HONORABLE W. LOUIS SANDS,**
                     **UNITED STATES DISTRICT COURT**